

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

**ZACHARY W. CARTER**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**BETH J. HOFFMAN**
*SENIOR COUNSEL*
Phone: (212) 356-2372
Fax: (212) 356-3509
bhoffman@law.nyc.gov

October 7, 2015

Re:   Blayne Avila v. City of New York, et al.,
      15 CV 00730(NGG)(RLM)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter and write to request a brief adjournment of the settlement conference currently scheduled before Your Honor on October 9, 2015 at 2:00 p.m.  The parties request an adjournment of this conference, because even though the parties have engaged in document discovery and have had preliminary settlement discussions, the parties are not in a position to have fruitful settlement negotiations at this time.  Therefore, the parties respectfully request that the settlement conference in this matter be adjourned for a month.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Beth J. Hoffman
*Senior Counsel*

cc:   Raoul Zaltzberg, Esq.
      *Attorney for Plaintiff*