UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BLAYNE AVILA,

                                         Plaintiff,

          -against-

THE CITY OF NEW YORK, DETECTIVE AGAPITO
SOLER, SHIELD NO. 5009; JOHN DOE 1 THROUGH 10,
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES,
THE TRUE NAMES OF JOHN DOE PRESENTLY
UNKNOWN,

                                         Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-730(NGG)(RLM)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       12/15, 2015

ZALTZBERG & HUTCHINSON
*Attorneys for Plaintiff*
305 Broadway, Suite 900
New York, New York
(212) 323-7418

By: _____
Raoul Zaltzberg
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
   Soler, LaTorre, and Wiggan*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Beth J. Hoffman
*Senior Counsel*

SO ORDERED:

_____
HON. UNITED STATES DISTRICT
JUDGE GARAFIOUS

Dated: _____, 2015

2